**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BORNER, BRIAN M | § | Case No. 15-34602 DRC |
| BORNER, THERESA M | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/12/2015 . The undersigned trustee was appointed on 10/12/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 451,552.18

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 44,053.00 |
| Bank service fees | | 682.96 |
| Other payments to creditors | | 264,630.30 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 30,000.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 112,185.92 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/12/2016 and the deadline for filing governmental claims was 04/11/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 24,327.61 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 24,327.61 , for a total compensation of $ 24,327.61 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 9.70 , for total expenses of $ 9.70 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/10/2016 By:/s/GINA B. KROL
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 15-34602 DRC Judge: Donald R. Cassling
Case Name: BORNER, BRIAN M
BORNER, THERESA M
For Period Ending: 08/10/16

Trustee Name: GINA B. KROL
Date Filed (f) or Converted (c): 10/12/15 (f)
341(a) Meeting Date: 11/03/15
Claims Bar Date: 02/12/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5705 ESSEX ROAD, LISLE, IL 60532 | 268,125.00 | 183,375.00 | | 451,500.00 | FA |
| 2. TCF Checking Account<br>TCF Checking Account | 50.00 | 0.00 | | 0.00 | FA |
| 3. TCF Checking Account<br>TCF Checking Account | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS<br>Used Furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL<br>Used Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 6. EDUCATION IRA<br>Educational IRA for kids | 2,500.00 | 0.00 | | 0.00 | FA |
| 7. 2005 Pontiac Grand Prix<br>2005 Pontiac Grand Prix | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. 2010 Nissan Armada<br>2010 Nissan Armada | 7,200.00 | 0.00 | | 0.00 | FA |
| 9. REFUND (u)<br>Overpayment of mortgage payoff | 0.00 | 52.18 | | 52.18 | FA |
| TOTALS (Excluding Unknown Values) | $282,375.00 | $183,427.18 | | $451,552.18 | Gross Value of Remaining Assets<br>$0.00<br>(Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is selling r/e

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 15-34602 DRC Judge: Donald R. Cassling
Case Name: BORNER, BRIAN M
BORNER, THERESA M

Trustee Name: GINA B. KROL
Date Filed (f) or Converted (c): 10/12/15 (f)
341(a) Meeting Date: 11/03/15
Claims Bar Date: 02/12/16

November 11, 2015, 02:06 pm

Initial Projected Date of Final Report (TFR): 12/31/16 Current Projected Date of Final Report (TFR): 12/31/16

/s/ GINA B. KROL
______________________________________ Date: 08/10/16
GINA B. KROL

FORM 2

Page: 1

Exhibit B

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 15-34602 -DRC
Case Name: BORNER, BRIAN M
BORNER, THERESA M
Taxpayer ID No: *******3332
For Period Ending: 08/10/16

Trustee Name: GINA B. KROL
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******7855 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/21/16 | 1 | First American Title Insurance Company<br>27775 Diehl Road<br>Warrenville, IL 60555 | | | 139,830.20 | | 139,830.20 |
| | | FIRST AMERICAN TITLE INSURANCE COMP | Memo Amount: 451,500.00<br>Sale Proceeds | 1110-000 | | | |
| | | PNC BANK NATIONAL ASSOCIATION | Memo Amount: ( 264,630.30 )<br>Mortgage Payoff | 4110-000 | | | |
| | | | Memo Amount: ( 12,268.31 )<br>2015 County Real Estate Taxes | 2820-000 | | | |
| | | | Memo Amount: ( 2,386.44 )<br>2016 Real Estate Tax Prorations | 2820-000 | | | |
| | | | Memo Amount: ( 3,566.25 )<br>Misc. Closing Costs(title chgs etc) | 2500-000 | | | |
| | | CALDWELL BANKER | Memo Amount: ( 24,832.00 )<br>Broker Commission | 3510-000 | | | |
| | | WAYNE SKELTON | Memo Amount: ( 1,000.00 )<br>Special Counsel Fees | 3210-000 | | | |
| | | BRIAN & THERESA BORNER | Memo Amount: ( 2,986.50 )<br>Homestead Exemption | 8100-000 | | | |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 73.75 | 139,756.45 |
| 04/13/16 | 9 | PNC Mortgage<br>3232 Newmark Drive<br>Miamisburg, OH 45342 | Refund | 1229-000 | 52.18 | | 139,808.63 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 201.09 | 139,607.54 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 207.55 | 139,399.99 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 200.57 | 139,199.42 |
| 07/18/16 | 030001 | Brian & Theresa Borner<br>2 S 411 Flamingo Court<br>Lombard, IL 60145 | Balance of Homestead Exemption | 8100-000 | | 27,013.50 | 112,185.92 |

FORM 2



Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 15-34602 -DRC
Case Name: BORNER, BRIAN M
BORNER, THERESA M
Taxpayer ID No: *******3332
For Period Ending: 08/10/16

Trustee Name: GINA B. KROL
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******7855 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | |
|---|---|---|
| Memo Allocation Receipts: | 451,500.00 | |
| Memo Allocation Disbursements: | 311,669.80 | |
| Memo Allocation Net: | 139,830.20 | |

Account *******7855

| Count | Item | Amount |
|---|---|---|
| | Balance Forward | 0.00 |
| 2 | Deposits | 139,882.38 |
| 0 | Interest Postings | 0.00 |
| | Subtotal | $ 139,882.38 |
| 0 | Adjustments In | 0.00 |
| 0 | Transfers In | 0.00 |
| | Total | $ 139,882.38 |

| Count | Item | Amount |
|---|---|---|
| 1 | Checks | 27,013.50 |
| 4 | Adjustments Out | 682.96 |
| 0 | Transfers Out | 0.00 |
| | Total | $ 27,696.46 |

/s/ GINA B. KROL

Trustee's Signature: ________________________________ Date: 08/10/16

GINA B. KROL

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: August 10, 2016

Case Number: 15-34602
Debtor Name: BORNER, BRIAN M

Priority Sequence

Joint Debtor: BORNER, THERESA M

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $3,190.86 | $3,190.86 |
| 001<br>2100-00 | Gina Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602<br>Tax Id: 99-9999999 | Administrative | | $0.00 | $24,337.31 | $24,337.31 |
| 010<br>8100-00 | Brian & Theresa Borner<br>2 S 411 Flamingo Court<br>Lombard, IL 60145 | Priority | | $0.00 | $30,000.00 | $30,000.00 |
| 000001C<br>040<br>5800-00 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Priority | | $0.00 | $97,419.65 | $97,419.65 |
| 000008<br>040<br>5800-00 | ILINOIS DEPT OF REVENUE<br>P.O. BOX 64338<br>CHICAGO, IL 60664 | Priority | | $0.00 | $5,244.21 | $5,244.21 |
| 000001A<br>050<br>4120-00 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7317<br>PHILADLEPHIA, PA 19101-7317 | Secured | | $0.00 | $5,050.00 | $5,050.00 |
| 000001B<br>070<br>7100-00 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Unsecured | | $0.00 | $41,097.47 | $41,097.47 |
| 000002<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $7,559.48 | $7,559.48 |
| 000003<br>070<br>7100-00 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $450.91 | $450.91 |
| 000004<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $358.14 | $358.14 |
| 000005<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank, N.A. | Unsecured | | $0.00 | $3,541.73 | $3,541.73 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: August 10, 2016

Case Number: 15-34602
Debtor Name: BORNER, BRIAN M

Priority Sequence

Joint Debtor: BORNER, THERESA M

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | | | | | |
| 000006<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $209.80 | $209.80 |
| 000007<br>070<br>7100-00 | Cerastes, LLC<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $0.00 | $16,328.35 | $16,328.35 |
| | Case Totals: | | | $0.00 | $234,787.91 | $234,787.91 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-34602 DRC
Case Name: BORNER, BRIAN M
BORNER, THERESA M
Trustee Name: GINA B. KROL

| | | |
|---|---|---|
| Balance on hand | $ | 112,185.92 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001A | INTERNAL REVENUE SERVICE P.O. BOX 7317 PHILADLEPHIA, PA 19101-7317 | $ 5,050.00 | $ 5,050.00 | $ 0.00 | $ 5,050.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 5,050.00 |
| Remaining Balance | $ | 107,135.92 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 24,327.61 | $ 0.00 | $ 24,327.61 |
| Trustee Expenses: GINA B. KROL | $ 9.70 | $ 0.00 | $ 9.70 |
| Attorney for Trustee Fees: Cohen & Krol | $ 2,970.00 | $ 0.00 | $ 2,970.00 |
| Attorney for Trustee Expenses: Cohen & Krol | $ 220.86 | $ 0.00 | $ 220.86 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 27,528.17 |
| Remaining Balance | $ | 79,607.75 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 132,663.86 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | ILINOIS DEPT OF REVENUE<br>P.O. BOX 64338<br>CHICAGO, IL 60664 | $ 5,244.21 | $ 0.00 | $ 4,066.47 |
| 000001C | INTERNAL REVENUE SERVICE<br>P.O. BOX 7317<br>PHILADELPHIA, PA 19101-7317 | $ 97,419.65 | $ 0.00 | $ 75,541.28 |

Total to be paid to priority creditors $ 79,607.75

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 69,545.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | $ 41,097.47 | $ 0.00 | $ 0.00 |
| 000002 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 7,559.48 | $ 0.00 | $ 0.00 |
| 000003 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 450.91 | $ 0.00 | $ 0.00 |
| 000004 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ 358.14 | $ 0.00 | $ 0.00 |
| 000005 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 3,541.73 | $ 0.00 | $ 0.00 |
| 000006 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 209.80 | $ 0.00 | $ 0.00 |
| 000007 | Cerastes, LLC<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ 16,328.35 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE