IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **Brian Borner** | ) | No. 15 B 34602 |
| **Theresa Borner** | ) | |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:   See Attached

I, GINA B. KROL, state that copies of the Amended Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on August 23, 2016, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                               BY:/s/ Gina B. Krol
                                                                      Ch 7 Bankruptcy Trustee

Service List:

Internal Revenue Department
Attn: Centralized Insolvency Dept.
P.O. Box 7346
Philadelphia, PA   19101

Capital One Bank USA, NA
P.O. Box 71083
Charlotte, NC   28272-1083

Capital One NA
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA   19355-0701

Capital Recovery V, LLC
c/o Recovery Mgmt Systems Corp
25 SE 2nd Avenue, Ste 1120
Miami, FL   33131

PYOD, LLC its successors and assigns
as assignee of Citibank, NA
Resurgent Capital Services
P.O. Box 19008
Greenville, SC   29602

Cerastes, LLC
c/o Weinstein & Riley, PS
2001 Western Avenue, Ste 400
Seattle, WA   98121

Illinois Dept of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL   60664

Ryan Waite
ryan@waitelaw.net

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov