# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS

| | |
|---|---|
| In re: § <br> § <br> BORNER, BRIAN M § <br> BORNER, THERESA M § <br> § <br> Debtors § | Case No. 15-34602 DRC |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 9,200.00 <br> *(Without deducting any secured claims)* | Assets Exempt: 35,050.00 |
| Total Distributions to Claimants: 349,288.05 | Claims Discharged <br> Without Payment: 105,107.78 |
| Total Expenses of Administration: 72,264.13 | |

3) Total gross receipts of $ 451,552.18  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 30,000.00  (see **Exhibit 2**), yielded net receipts of $ 421,552.18  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 280,501.00 | $ 269,680.30 | $ 269,680.30 | $ 269,680.30 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 72,264.13 | 72,264.13 | 72,264.13 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 63,000.00 | 102,663.86 | 102,663.86 | 79,607.75 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 40,542.79 | 69,545.88 | 69,545.88 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 384,043.79 | $ 514,154.17 | $ 514,154.17 | $ 421,552.18 |

4)  This case was originally filed under chapter 7 on  10/12/2015 .  The case was pending for 12 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/19/2016            By:/s/GINA B. KROL
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Real Property (Schedule A) | 1110-000 | 451,500.00 |
| REFUND | 1229-000 | 52.18 |
| **TOTAL GROSS RECEIPTS** | | **$451,552.18** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Brian & Theresa Borner | Exemptions | 8100-000 | 30,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 30,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America P.O. Box 982236 El Paso, TX 79998 | | 11,658.00 | NA | NA | 0.00 |
| | Pnc Mortgage 3232 Nemark Dr Miamisburg, OH 45342 | | 265,139.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State Farm Fncl Svcs F State Farm Bank/ Attention: Bankruptcy Po Box 2328 Bloomington, IL 61702 | | 3,704.00 | NA | NA | 0.00 |
| | PNC BANK NATIONAL ASSOCIATION | 4110-000 | NA | 264,630.30 | 264,630.30 | 264,630.30 |
| 000001A | INTERNAL REVENUE SERVICE | 4120-000 | NA | 5,050.00 | 5,050.00 | 5,050.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 280,501.00** | **$ 269,680.30** | **$ 269,680.30** | **$ 269,680.30** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA KROL | 2100-000 | NA | 24,327.61 | 24,327.61 | 24,327.61 |
| GINA KROL | 2200-000 | NA | 9.70 | 9.70 | 9.70 |
| Misc. Closing Costs(title chgs etc) | 2500-000 | NA | 3,566.25 | 3,566.25 | 3,566.25 |
| ASSOCIATED BANK | 2600-000 | NA | 682.96 | 682.96 | 682.96 |
| 2015 County Real Estate Taxes | 2820-000 | NA | 12,268.31 | 12,268.31 | 12,268.31 |
| 2016 Real Estate Tax Prorations | 2820-000 | NA | 2,386.44 | 2,386.44 | 2,386.44 |
| COHEN & KROL | 3110-000 | NA | 1,980.01 | 1,980.01 | 1,980.01 |
| GINA KROL | 3110-000 | NA | 989.99 | 989.99 | 989.99 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN & KROL | 3120-000 | NA | 220.86 | 220.86 | 220.86 |
| WAYNE SKELTON | 3210-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| CALDWELL BANKER | 3510-000 | NA | 24,832.00 | 24,832.00 | 24,832.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 72,264.13 | $ 72,264.13 | $ 72,264.13 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | ILINOIS DEPT OF REVENUE | 5800-000 | 18,000.00 | 5,244.21 | 5,244.21 | 4,066.47 |
| 000001C | INTERNAL REVENUE SERVICE | 5800-000 | 45,000.00 | 97,419.65 | 97,419.65 | 75,541.28 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 63,000.00 | $ 102,663.86 | $ 102,663.86 | $ 79,607.75 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Good Samaritan PO Box 4257 Carol Stream, IL 60197 | | 951.00 | NA | NA | 0.00 |
| | Arnstein & Lehr 120 South Riverside Plaza Chicago, IL 60606 | | 1.00 | NA | NA | 0.00 |
| | Aurora Loan Services Attn: Bankruptcy Dept. 2617 College Park Scottsbluff, NE 69361 | | 1.00 | NA | NA | 0.00 |
| | Bk Of Amer Po Box 982235 El Paso, TX 79998 | | 8,370.00 | NA | NA | 0.00 |
| | Bk Of Amer Po Box 982235 El Paso, TX 79998 | | 3,000.00 | NA | NA | 0.00 |
| | DuPage Emergency Physicians PO Box 88495 Dept A Attn: Bankruptcy Dept Chicago, IL 60680 | | 181.79 | NA | NA | 0.00 |
| | Washtenaw Mtg Co/Central Attention: Bankruptcy 801 John Barrow Rd. Suite 1 Little Rock, AR 72205 | | 1.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001B | INTERNAL REVENUE SERVICE | 7100-000 | NA | 41,097.47 | 41,097.47 | 0.00 |
| 000002 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | 7,402.00 | 7,559.48 | 7,559.48 | 0.00 |
| 000003 | CAPITAL ONE, N.A. | 7100-900 | 415.00 | 450.91 | 450.91 | 0.00 |
| 000004 | CAPITAL RECOVERY V, LLC | 7100-900 | 315.00 | 358.14 | 358.14 | 0.00 |
| 000007 | CERASTES, LLC | 7100-900 | 16,293.00 | 16,328.35 | 16,328.35 | 0.00 |
| 000005 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-900 | 3,442.00 | 3,541.73 | 3,541.73 | 0.00 |
| 000006 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-900 | 170.00 | 209.80 | 209.80 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 40,542.79 | $ 69,545.88 | $ 69,545.88 | $ 0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 15-34602 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | BORNER, BRIAN M | | | Date Filed (f) or Converted (c): | 10/12/15 (f) |
| | BORNER, THERESA M | | | 341(a) Meeting Date: | 11/03/15 |
| For Period Ending: | 10/19/16 | | | Claims Bar Date: | 02/12/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5705 ESSEX ROAD, LISLE, IL 60532 | 268,125.00 | 183,375.00 | | 451,500.00 | FA |
| 2. TCF Checking Account | 50.00 | 0.00 | | 0.00 | FA |
| TCF Checking Account | | | | | |
| 3. TCF Checking Account | 1,000.00 | 0.00 | | 0.00 | FA |
| TCF Checking Account | | | | | |
| 4. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| Used Furniture | | | | | |
| 5. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| Used Clothing | | | | | |
| 6. EDUCATION IRA | 2,500.00 | 0.00 | | 0.00 | FA |
| Educational IRA for kids | | | | | |
| 7. 2005 Pontiac Grand Prix | 2,000.00 | 0.00 | | 0.00 | FA |
| 2005 Pontiac Grand Prix | | | | | |
| 8. 2010 Nissan Armada | 7,200.00 | 0.00 | | 0.00 | FA |
| 2010 Nissan Armada | | | | | |
| 9. REFUND (u) | 0.00 | 52.18 | | 52.18 | FA |
| Overpayment of mortgage payoff | | | | | |
| TOTALS (Excluding Unknown Values) | $282,375.00 | $183,427.18 | | $451,552.18 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sent TDR to US Tee for review October 13, 2016, 10:16 am

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Ver: 19.06a

Case 15-34602   Doc 45   Filed 10/28/16   Entered 10/28/16 11:58:27   Desc Main
Document      Page 9 of 12

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 15-34602   DRC   Judge: Donald R. Cassling | Trustee Name:   GINA B. KROL |
| Case Name: | BORNER, BRIAN M | Date Filed (f) or Converted (c):   10/12/15 (f) |
| | BORNER, THERESA M | 341(a) Meeting Date:   11/03/15 |
| | | Claims Bar Date:   02/12/16 |

Tee sent TFR to US Tee for Review August 10, 2016, 04:12 pm

Trustee is selling r/e
November 11, 2015, 02:06 pm

Initial Projected Date of Final Report (TFR): 12/31/16     Current Projected Date of Final Report (TFR): 12/31/16


          /s/     GINA B. KROL
_____     Date: 10/19/16
          GINA B. KROL

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 15-34602 -DRC |
| Case Name: | BORNER, BRIAN M |
| | BORNER, THERESA M |
| Taxpayer ID No: | *******3332 |
| For Period Ending: | 10/19/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7855 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/21/16 | 1 | First American Title Insurance Company 27775 Diehl Road Warrenville, IL 60555 | | | 139,830.20 | | 139,830.20 |
| | | FIRST AMERICAN TITLE INSURANCE COMP | Memo Amount: 451,500.00 Sale Proceeds | 1110-000 | | | |
| | | PNC BANK NATIONAL ASSOCIATION | Memo Amount: ( 264,630.30 ) Mortgage Payoff | 4110-000 | | | |
| | | | Memo Amount: ( 12,268.31 ) 2015 County Real Estate Taxes | 2820-000 | | | |
| | | | Memo Amount: ( 2,386.44 ) 2016 Real Estate Tax Prorations | 2820-000 | | | |
| | | | Memo Amount: ( 3,566.25 ) Misc. Closing Costs(title chgs etc) | 2500-000 | | | |
| | | CALDWELL BANKER | Memo Amount: ( 24,832.00 ) Broker Commission | 3510-000 | | | |
| | | WAYNE SKELTON | Memo Amount: ( 1,000.00 ) Special Counsel Fees | 3210-000 | | | |
| | | BRIAN & THERESA BORNER | Memo Amount: ( 2,986.50 ) Homestead Exemption | 8100-000 | | | |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 73.75 | 139,756.45 |
| 04/13/16 | 9 | PNC Mortgage 3232 Newmark Drive Miamisburg, OH 45342 | Refund | 1229-000 | 52.18 | | 139,808.63 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 201.09 | 139,607.54 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 207.55 | 139,399.99 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 200.57 | 139,199.42 |
| 07/18/16 | 030001 | Brian & Theresa Borner 2 S 411 Flamingo Court | Balance of Homestead Exemption | 8100-000 | | 27,013.50 | 112,185.92 |

Page Subtotals 139,882.38 27,696.46

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-34602 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | BORNER, BRIAN M | | Bank Name: | ASSOCIATED BANK |
| | BORNER, THERESA M | | Account Number / CD #: | *******7855  Checking Account |
| Taxpayer ID No: | *******3332 | | | |
| For Period Ending: | 10/19/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 08/05/16 | | ASSOCIATED BANK<br>Lombard, IL 60145 | BANK SERVICE FEE | 2600-003 | | 197.89 | 111,988.03 |
| * 08/23/16 | | Reverses Adjustment OUT on 08/05/16 | BANK SERVICE FEE<br>Error | 2600-003 | | -197.89 | 112,185.92 |
| 09/30/16 | 030002 | Gina Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Final Distribution | | | 24,337.31 | 87,848.61 |
| | | | Fees           24,327.61 | 2100-000 | | | |
| | | | Expenses           9.70 | 2200-000 | | | |
| 09/30/16 | 030003 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Final Distribution | | | 2,200.87 | 85,647.74 |
| | | | Fees            1,980.01 | 3110-000 | | | |
| | | | Expenses          220.86 | 3120-000 | | | |
| 09/30/16 | 030004 | Gina Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Final Distribution | 3110-000 | | 989.99 | 84,657.75 |
| 09/30/16 | 030005 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Final Distribution | 5800-000 | | 75,541.28 | 9,116.47 |
| 09/30/16 | 030006 | ILINOIS DEPT OF REVENUE<br>P.O. BOX 64338<br>CHICAGO, IL 60664 | Final Distribution | 5800-000 | | 4,066.47 | 5,050.00 |
| 09/30/16 | 030007 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7317 | Final Distribution | 4120-000 | | 5,050.00 | 0.00 |

Page Subtotals          0.00          112,185.92

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-34602 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | BORNER, BRIAN M | | Bank Name: | ASSOCIATED BANK |
| | BORNER, THERESA M | | Account Number / CD #: | *******7855  Checking Account |
| Taxpayer ID No: | *******3332 | | | |
| For Period Ending: | 10/19/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PHILADLEPHIA, PA 19101-7317 | | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 451,500.00 | COLUMN TOTALS | 139,882.38 | 139,882.38 | 0.00 |
| Memo Allocation Disbursements: | 311,669.80 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 139,882.38 | 139,882.38 | |
| Memo Allocation Net: | 139,830.20 | Less:  Payments to Debtors | | 27,013.50 | |
| | | Net | 139,882.38 | 112,868.88 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 451,500.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 311,669.80 | Checking Account - ********7855 | 139,882.38 | 112,868.88 | 0.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 139,830.20 | | 139,882.38 | 112,868.88 | 0.00 |
| | | | ============== | ============== | ============== |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals            0.00            0.00

Ver: 19.06a

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*